UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ZUFFA, LLC,

    Plaintiff,

v.

STEPHAN U. SHIN and
KPSS VENTURES, LLC,
*d/b/a The Relocation Room*,

    Defendants.

Civil Action No. TDC-19-2768

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff Zuffa, LLC's Motion for Default Judgment, ECF No. 12, is GRANTED.

2. The Court awards total damages of $6,750 against Defendants KPSS Ventures, LLC and Stephan U. Shin, jointly and severally. This award consists of $1,000 in statutory damages and $5,000 in enhanced damages under the Communications Act of 1934, 47 U.S.C. § 605 (2018), and the Cable and Television Consumer Protection and Competition Act of 1992, 47 U.S.C. § 553, as well as $750 in statutory damages for copyright infringement, 17 U.S.C. §§ 501, 504 (2018).

3. The Clerk shall close this case.

Date: August 10, 2021



THEODORE D. CHUANG
United States District Judge